# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROGER ROGINSKY, A/K/A ROBERT ALAN ROGINSKY,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 80045

FILED

DEC 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "request for certificate of innocence." Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Eric Johnson, District Judge
Roger Roginsky
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-50754